UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>VICTOR MANUEL LAFONTAINE RUIZ,<br>JOSE EMANUEL MALDONADO<br>RODRIGUEZ,<br>FREDDIE GEOVANI CRUZ BATIZ,<br>JOMAR MANUEL LOPEZ MONTANEZ,<br>DERRICK YAMIL RIVERA ROBLES, and<br>LEONARDO DAVID JOSEPH GUERRA | Case No 6:25-cr-00042-RBD-LHP |

**UNITED STATES' MOTION FOR DETENTION**

The United States intends to move for pretrial detention the above charged defendants in this matter pursuant to 18 U.S.C. § 3142 and will set forth, in more detail, its reasons at hearings to be held on each individual defendant. In preparation for detention hearings, the United States provides the following factual summary of the underlying offense.

From at least as early as September 2023 onward, Lafontaine and Maldonado operated a gun trafficking ring involving hundreds of firearms, machine guns, machine gun conversion devices, and high-capacity magazines needed for fully automatic weapons. This operation did not involve any federally licensed firearms dealers. Instead, Lafontaine and Maldonado would obtain firearms parts, including from a Chinese national, who is being separately charged by complaint and is

expected to be tried alongside his co-conspirators. Lafontaine and Maldonado would assemble, manufacture and modify semi-automatic and automatic firearms using a "ghost gunner" machine and specialized "endmill" drilling devices at a workspace on Maldonado's property in Kissimmee:






(Exhibit 1)

From there, Lafontaine and Maldonado, along with assistance from Batiz, would sell firearms, including fully automatic weapons and machine gun conversion devices ("chips" or "buttons") that are used to convert semi-automatic weapons into machine guns. They sold those items to illegal aliens and convicted felons such as

Lopez Montanez, Rivera Robles, and Joseph Guerra, who were often brokering such transactions on behalf of other unknown customers.

On September 17, 2023, for example, Lafontaine showed a fully automatic firearm to a customer that was later sold during this operation and, on October 9, 2023, Lafontaine quoted Rivera Robles (a convicted felon) a price of $150 for a machine gun conversion device known as a "chip," that Rivera Robles purchased in March 2024:

October 9, 2023:                         September 17, 2023:




(Exhibit 2, 3.)

On February 7, 2025, Lafontaine sold Lopez Montanez (a convicted felon) two firearms falsely branded to appear as though they were legitimate firearms

manufacturer with engraved fake sequential serial numbers. When Lopez Montanez was stopped, he fled from law enforcement and attempted to hide the weapons that were eventually recovered:

Lafontaine Offered for Sale:                    Recovered from Lopez Montanez's flight:

  

The next day, Lafontaine delivered five similar firearms to Maldonado:



(Exhibit 6.)

On February 20, 2025, the United States executed five search warrants at various locations involved in this conspiracy. The items are still be inventoried.

Preliminarily, the FBI and ATF have recovered at least five AR style pistols with sequential and identical serial numbers (likely fake) at Maldonado's residence (depicted below), along with at least three machine gun conversion devices, machinery used to assemble, modify and manufacture the firearms and machine guns sold through this operation.



(Exhibit 7.)

At Lafontaine's residence, the FBI and ATF recovered a completed rifle, gun parts, gun manufacturing and modification equipment, and drug distribution paraphernalia with a blender and a powder that field tested positive for fentanyl,

packaged for sale. At Batiz's residence, FBI and ATF recovered a handgun and an AR pistol that appears to be modified to be fully automatic, four machine gun conversion devices, along with drug paraphernalia and powders packaged for distribution that are still being tested. At a residence and storage lockers of the Chinese national parts supplier, ATF and the FBI recovered eight handguns, three rifles, and eight AR style receivers and the search is ongoing.

      The United States will provide additional evidence in support of detention at individual hearings to be scheduled by this court.

                            Respectfully submitted,

                            SARA C. SWEENEY
                            United States Attorney

By:   *s/Dana E. Hill*
       Dana E. Hill
       Assistant United States Attorney
       No. 189
       400 West Washington Street, Ste. 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile:   (407) 648-7643
       E-Mail:     dana.hill@usdoj.gov

U.S. v. Lafontaine                                  Case No. 6:25-cr-00042-RBD-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I either provided copies in person in court or electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to various defense counsel to be appointed.

By:     *s/Dana E. Hill*
        Dana E. Hill
        Assistant United States Attorney
        No. 189
        400 West Washington Street, Ste. 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:   (407) 648-7643
        E-Mail:      dana.hill@usdoj.gov